# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | | |
|---|---|---|
| TARA JEROME | ) | |
| | ) | Case No. 5:22-cv-00001-TBR |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER L. KNOWLTON AND | ) | |
| GEICO CASUALTY COMPANY | ) | |
| | ) | |
| Defendant | ) | |

## JOINT STIPULATION AND AGREED ORDER OF DISMISSAL

This matter is before the Court by agreement of Plaintiff, Tara Jerome, and the Defendants Christopher Knowlton and GEICO Casualty Company (collectively "the Parties"). The Parties having agreed and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that any and all claims asserted by the Plaintiff in this action are **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. This is a final and appealable order as there are no remaining claims to be adjudicated.

HAVE SEEN AND AGREE:

*/s/ Thomas K. Herren (with permission)*
Thomas K. Herren
Herren Law, PLLC
148 N. Broadway
Lexington, KY 40507
P: (859) 254-0024
tom.herren@herrenadams.com
*Counsel for Plaintiff*

*/s/ Adam Towe (with permission)*
Adam Towe
Williams & Towe Law Group, PLLC
PO Box 3199
London, KY 40743
Phone: (606) 877-5291
Fax: (606) 877-5294
adam@wftlaw.com
*Counsel for Christopher Knowlton*

*/s/ Charles H. Stopher*
Charles H. Stopher
BOEHL, STOPHER & GRAVES LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
cstopher@bsg-law.com
Phone: (502) 589-5980
Fax: (502) 561-9400
*Counsel for GEICO Casualty Company*