IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| TARA JEROME ) | |
| ) | Case No. 5:22-cv-00001-TBR |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER L. KNOWLTON AND ) | |
| GEICO CASUALTY COMPANY ) | |
| ) | |
| Defendant ) | |

## JOINT STIPULATION AND AGREED ORDER OF DISMISSAL

This matter is before the Court by agreement of Plaintiff, Tara Jerome, and the Defendants Christopher Knowlton and GEICO Casualty Company (collectively "the Parties"). The Parties having agreed and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that any and all claims asserted by the Plaintiff in this action are **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. This is a final and appealable order as there are no remaining claims to be adjudicated.

This case is now closed. The telephonic conference set on February 15, 2022 is cancelled.

*[signature: Thomas B. Russell]*

**Thomas B. Russell, Senior Judge**
**United States District Court**

February 10, 2022